# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH M. SIMPSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting )<br>Commissioner of Social Security. )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No.: 2:17-cv-00898-GMN-GWF<br><br>[~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include August 21, 2017, in which to file Plaintiff's Motion for Reversal and/or Remand; and that all other deadlines set forth in the June 23, 2017 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

DATE July 25, 2017

_____
THE HONORABLE GEORGE FOLEY
UNITED STATES MAGISTRATE JUDGE

-1-