AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

DEBORAH M. SIMPSON,

              Plaintiff,

  v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

              Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:17-cv-00898-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that a fee award is entered in the amount of $20,000 for work before the Court is to be paid to the Law Offices of Lawrence D. Rohlfing from the sums held by the Social Security Commissioner from Plaintiff's past-due benefits. IT IS FURTHER ORDERED that the Law Offices of Lawrence D. Rohlfing shall refund $3,834.00 to Plaintiff Deborah M. Simpson for funds previously paid under the Equal Access to Justice Act, which shall be credited against the $20,000 award in the Order. (See Order Granting Stipulation, ECF No. 29).

| | |
|---|---|
| 7/25/2022 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ H. Magennis |
| | Deputy Clerk |